UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FIRST GUARD INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>and<br><br>TRAVELERS LLOYDS INSURANCE COMPANY, as subrogee of JAX TRANSPORT, LLC,<br><br>    Intervenor-Plaintiff,<br><br>v.<br><br>MICHAEL WAYNE FLESHER, et al.,<br><br>    Defendants. | No. 5:22-CV-264-H-BQ |

**ORDER OF DISMISSAL**

Before the Court is the parties' joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 36. The joint stipulation is approved. It is ordered that the plaintiff's claims against the defendants are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on October 12, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE